UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-60171-CR-ZLOCH-1

UNITED STATES OF AMERICA,

v.

TERRY PICKERING LOBELSKY

    DEFENDANT.

_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The United States, by and through its' undersigned Assistant, files this response to defendant's motion for early termination of supervised release and states:

1. Your undersigned Assistant had no prior involvement with the underlying prosecution, and was just recently assigned to this matter for the specific purpose of filing a response to the instant motion.

2. Your undersigned Assistant has reviewed the court record and conferred with United States Probation regarding the allegations and relief sought by this motion.

3. Upon review of the court record your undersigned learned the following:

   a. Defendant entered a guilty plea pursuant to a written plea agreement, to count one of an indictment which charged her with mail fraud, in violation of Title 18, United States Code, section 1341.

   b. On November 18, 2015 the defendant was sentenced to 366 days in the custody of the Bureau of Prisons, and to pay restitution in the amount of $248,797.82.

c. At that sentencing hearing the Government conceded that it *would not have objected to a motion for downward departure if defendant had already paid restitution by the time of the sentencing hearing in November 18, 2015*. It is uncontested that full payment of restitution was dependent on an anticipated payout of retirement proceeds to defendant's spouse. Those funds would pay for the restitution, however, payout came after the November 18, 2015 sentencing date.

d. As provided by the plea agreement, defendant paid $248,797.82 in restitution which was ultimately paid, after the defendant was sentenced.

e. Defendant later filed an unopposed motion with the Court to *Re-Address Sentence* (DE-35).

f. The motion was granted without objection and defendant was sentenced to Five (5) years of reporting probation (DE-38). That Order provides "…The Court notes, and the Parties agree, that on November 18, 2015, the Court imposed a conditional sentence upon Defendant, conditioned on full restitution being paid by Defendant to the victims in this case. The Court further notes, and the Government has conceded, that as of the date of this Order full restitution has been made. That condition having been satisfied, the Court now addresses the sentence to be imposed." The Court went on to grant the motion as set forth above.

g. United States Probation informs your undersigned Assistant that the defendant has complied with all conditions of supervision with no violations. United States Probation further advises, that the defendant has also satisfied her financial obligations but has yet to complete over 200 hours of the 300 hours community service ordered by the Court.

4. United States Probation has advised your undersigned Assistant that they oppose the motion by the defendant for early termination of supervised release.

                                              Respectfully submitted

                                              s/Terry L. Lindsey
                                              Assistant United States Attorney

I HEREBY CERTIFY that on this 12th day of April 2018, your undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                              TERRY L. LINDSEY
                              ASSISTANT UNITED STATES ATTORNEY