```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 15-60171-CR-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                **O R D E R**

TERRY PICKERING LOBELSKY,

      Defendant.
_____/

THIS MATTER is before the Court upon Defendant Terry Pickering Lobelsky's Motion For Early Termination Of Supervised Release (DE 42). The Court has carefully reviewed said Motion and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant Terry Pickering Lobelsky's Motion For Early Termination Of Supervised Release (DE 42) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this     18th     day of April, 2018.

                                              _____
                                              WILLIAM J. ZLOCH
                                              Sr. United States District Judge

Copies furnished:

All Counsel and Parties of Record

Dinia Jerome, U.S. Probation